AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| DEBRA AUSTRIAN<br>*Plaintiff(s)*<br>v.<br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br>*Defendant(s)* | ) | Civil Action No. 8:21-cv-156-T-210TGW |

RECEIVED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Liberty Life Assurance Company of Boston
c/o Florida Chief Financial Officer as RA
200 East Gaines Street
Tallahassee, FL 32399-4201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Keith J Ganobsik
Marc Whitehead & Associates
403 Heights Boulevard
Houston, Texas 77007
713-228-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: January 21, 2021

Alejandro Castillo

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:21-CV-156-t-210TGW

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*: Returned by Office of General Counsel
see attached

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-4-2021

Melanie Donaldson
*Server's signature*

Melanie Donaldson - paralegal
*Printed name and title*

403 Heights Blvd.
Houston, TX 77007
*Server's address*

Additional information regarding attempted service, etc:

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

*21-000062239*

Thursday, February 11, 2021

KEITH J. GANOBSIK
MARC WHITEHEAD & ASSOCIATES
403 HEIGHTS BOULEVARD
HOUSTON, TX 77007
KG74251@TestServer.com

| | |
|---|---|
| **CASE #:** | **8:21 CV 156 T 210 TGW** |
| **COURT:** | **UNITED STATES DISTRICT COURT** |
| **DFS-SOP #:** | **21-000062239** |
| **PLAINTIFF:** | **DEBRA AUSTRIAN** |
| **DEFENDANT:** | **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** |

The above mentioned process has not been accepted or served for the following reason. The Department of Financial Services is not the agent for the company listed on the summons or subpoena.

You may contact the Secretary of State to inquire if an agent has been designated with their office. You can also use the Secretary of State website search: sunbiz.org/Inquiry/CorporationSearch/ByName. Phone numbers for the Secretary of State may be found on their website at: https://www.dos.myflorida.com.

Sincerely yours,

Office of the General Counsel - Service of Process Section
Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399

Enc.

CJW