**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| DEBRA AUSTRIAN | § | |
| | § | |
| Plaintiff, | § | C.A. No. 8:21-cv-00156-KKM-TGW |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

COMES NOW Plaintiff, Debra Austrian ("Austrian") and Defendant, Liberty Life Assurance Company of Boston ("Liberty Life") (collectively, the "Parties"), and file this Joint Motion Regarding Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on January 21, 2021.

2. The Parties request an extension for Liberty Life to respond to or answer Plaintiff's Complaint in order to allow it time to obtain the necessary documents to appropriately respond to the Complaint. Accordingly, the Parties respectfully request that the Court enter an order that Liberty Life have until and including April 19, 2021, to answer or otherwise respond to Plaintiff's Complaint.

3. This Joint Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g) the Parties have conferred regarding the contents of this motion and all parties agree to the request herein.

WHEREFORE, the Parties request that the Court enter an order that Liberty Life shall have until and including April 19, 2021, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 6th day of April 2021.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW L.L.P.

By: /s/ *Britney McDonald*
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (855) 842-2860
Email: britney@marcwhitehead.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

**AND**

By: /s/ Iwana Rademaekers
Iwana Rademaekers

State Bar of Texas No. 16452560
(Motion to Appear *Pro Hac Vice* forthcoming)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY-IN-CHARGE FOR DEFENDANT, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was forwarded via electronic mail, as follows:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

| | |
|---|---|
| April 6, 2021 | /s/ Britney McDonald |
| Date | Britney Anne Heath McDonald |