UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA AUSTRIAN,

Plaintiff,

v.

CASE No. 8:21-cv-156-KKM-TGW

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

Defendant.

---

# ORDER

THIS CAUSE came on for consideration upon the defendant's Unopposed Motion for Iwana Rademaekers to Appear Pro Hac Vice (Doc. 11). Local Rule 2.01(c)(4) provides that a non-resident attorney may apply for special admission if the lawyer "lists each case in state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months." The applicant represents in the motion only that she "has not appeared in any other cases before this Court." Accordingly, the motion will be denied.

It is, therefore, upon consideration,

ORDERED:

That the defendant's Unopposed Motion for Iwana Rademaekers to Appear Pro Hac Vice (Doc. 11) be, and the same is hereby, **DENIED without prejudice**.

It is so ORDERED.

DONE and ORDERED at Tampa, Florida, this 13th day of April, 2021.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE