**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| DEBRA AUSTRIAN | § | |
| | § | |
| Plaintiff, | § | C.A. No. 8:21-cv-00156-KKM-TGW |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

FILED 2021 APR 19 PM 1:3 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA

**AMENDED UNOPPOSED MOTION FOR IWANA RADEMAEKERS TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 2.01, Iwana Rademaekers ("Petitioner") of The Law Offices of Iwana Rademaekers, P.C., 17304 Preston Road, Suite 800, Dallas, Texas 75252, files this Amended Motion and petitions this Court for permission to appear pro hac vice in the above-styled case on behalf of Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), and in support thereof states:

1. Pursuant to Local Rule 2.01(c), any attorney who is not a Florida resident and is not a member in good standing of the Florida Bar, but who is a member in good standing of the bar of any United States District Court, may move for special admission to appear before this Court and participate in a particular case.

2. Petitioner is not a resident of the State of Florida or a member of the Florida Bar.

3. Petitioner is a member in good standing of the Bar of the State of Texas and the United States District Court for the Northern District of Texas. Petitioner is licensed and is an active member in good standing in the following jurisdictions:

| Court | Date of Admission |
|---|---|
| State of Texas | 05/06/1988 |
| U.S.D.C., Northern District of Texas | 11/07/1988 |
| U.S.D.C., Eastern District of Texas | 05/21/1998 |
| U.S.D.C., Western District of Texas | 09/02/1998 |
| U.S.D.C., Southern District of Texas | 09/11/1998 |
| U.S.D.C., Eastern District of Arkansas | 05/22/1998 |
| U.S.D.C., Western District of Arkansas | 05/22/1998 |
| U.S.D.C. District of Colorado | 01/14/2002 |
| U.S.D.C., Western District of Oklahoma | 08/13/2013 |
| U.S.D.C., Western District of Tennessee | 12/02/2019 |
| U.S.D.C., District of North Dakota | 01/02/2020 |
| U.S.D.C., District of New Mexico | 07/31/2020 |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1998 |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/2002 |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/2000 |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/2014 |
| U.S. Court of Appeals for the Tenth Circuit | 08/05/2002 |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/2012 |

4. Petitioner certifies that there are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

5. Petitioner does not maintain a regular practice of law within the State of Florida and has not made any appearance in any state or federal court in Florida in the last thirty-six months.

6. Petitioner has reviewed and is familiar with 28 U.S.C. § 1927, the Local Rules of the Middle District of Florida, the Code of Professional

Responsibility, and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

7. Petitioner certifies that she shall comply with federal rules and the local rules of the Middle District of Florida.

8. Petitioner certifies that she has submitted the $150.00 fee to the Clerk of the Court for the Middle District of Florida and that she shall comply with the email registration requirement pursuant to Local Rule 2.01(b)(1)(G).

***Local Rule 3.01(g) Certification***

Pursuant to Local Rule 3.01(g), on April 6, 2021, the undersigned conferred with counsel for Plaintiff, Britney Anne Heath McDonald, who consented to the relief sought in this Motion.

WHEREFORE, Petitioner respectfully requests that this Court enter an Order granting permission for Petitioner to appear before this Court on behalf of Liberty Life, *pro hac vice*, and to furnish Petitioner with electronic copies of all orders, notices, pleadings, motion, and correspondence regarding this proceeding.

Dates: April 14, 2021.

Respectfully Submitted,

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

By: ______________________
Iwana Rademaekers
State Bar of Texas No. 16452560

17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY-IN-CHARGE FOR DEFENDANT, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of April 2021, I forwarded a copy of the foregoing pleading via electronic mail to the following Parties of Record:

Britney Anne Heath McDonald, Esq.
Email: britney@marcwhitehead.com

Keith J. Ganobsik, Esq.
Email: kjfg1@hotmail.com

Iwana Rademaekers