**Law Offices of Iwana Rademaekers, P.C.**

14785 Preston Road, Suite 550
Dallas, TX 75254
(214) 579-9319
(469) 444-6456 (FAX)

iwana@rademaekerslaw.com
Direct: (214) 564-9542

April 14, 2021

Clerk, US District Court
Middle District of Florida
801 North Florida Avenue
Tampa, Florida 33602

RE: *Debra Austrian v. Liberty Life Assurance Company of Boston;* United States District Court, Middle District of Florida, Civil Action No. 8:21-cv-00156-KKM-TGW

Dear Clerk:

Enclosed for conventional filing in the referenced matter is an *Amended Unopposed Motion for Iwana Rademaekers To Appear Pro Hac Vice*. The required $150 fee has previously been submitted.

Thank you for your assistance. If you have any questions, please call.

Sincerely,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

Iwana Rademaekers

IR/sa
Enclosure