Law Offices of Iwana Rademaekers, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252

NORTH TEXAS TX P&DC
DALLAS TX 750
15 APR 2021 PM 4 L




CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
801 NORTH FLORIDA AVENUE
TAMPA FL 33602

33602-380099