UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA AUSTRIAN,

Plaintiff,

v. CASE No. 8:21-cv-156-KKM-TGW

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

Defendant.

---

ORDER

THIS CAUSE came on for consideration upon the defendant's Amended Unopposed Motion for Iwana Rademaekers to Appear Pro Hac Vice (Doc. 15). The applicant has submitted the special admission application and filing fee and certifies that she has reviewed, and will abide by, the Local Rules of the Middle District of Florida.

It is, therefore, upon consideration,

ORDERED:

That the defendant's Amended Unopposed Motion for Iwana Rademaekers to Appear Pro Hac Vice (Doc. 15) be, and the same is hereby, **GRANTED.** Counsel shall promptly comply with the email registration requirement of Local Rule 2.01(b)(1)(G).

DONE and ORDERED at Tampa, Florida, this 21st day of April, 2021.

Thomas G. Wilson

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE