**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| DEBRA AUSTRIAN | § | |
| | § | |
| Plaintiff, | § | C.A. No. 8:21-cv-00156-KKM-TGW |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Lincoln Life Assurance Company of Boston f/k/a Liberty Life Assurance Company of Boston[1] files this Certificate of Interested Persons and Corporate Disclosure Statement, pursuant to Local Rule 3.3 and Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case**:

Lincoln Life Assurance Company of Boston - Defendant
Debra Austrian - Plaintiff
Iwana Rademaekers, Esq. - Attorney for Defendant

[1] Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston, which is the correct name of the Defendant in this action.

Law Offices of Iwana Rademaekers, P.C. - Attorneys for Defendant
Keith J. Ganobsik, Esq. - Attorney for Plaintiff
KJG Law - Attorneys for Plaintiff
Britney Anne Heath McDonald, Esq. - Attorney for Plaintiff
Marc Whitehead & Associates, Attorneys at Law L.L.P. - Attorneys for Plaintiff

Liberty Life Assurance Company of Boston is now known as Lincoln Life Assurance Company of Boston. Lincoln Life Assurance Company of Boston is a wholly owned subsidiary of The Lincoln National Life Insurance Company, an Indiana insurance company. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation ("Lincoln"), a publicly held corporation. Lincoln is a publicly traded (NYSE), ticker symbol LNC, with no 10% owners of its stock.

2. **Name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None known at this time.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee in bankruptcy cases:**

None known as this time.

4. **The name of each victim (individual or corporate) of a civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

None known at this time.

I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 23rd day of April 2021.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers
State Bar of Texas No. 16452560
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Middle District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a “Notice of Electronic Filing” to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:


Britney Anne Heath McDonald, Esq.
Email: britney@marcwhitehead.com

Keith J. Ganobsik, Esq.
Email: kjfg1@hotmail.com


April 23, 2021 — /s/ Iwana Rademaekers

Date — Iwana Rademaekers