UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA AUSTRIAN,

Plaintiff, CASE NUMBER 8:21-CV-00156-KKM-TGW

vs.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON.

Defendants.

UNOPPOSED MOTION FOR BRITTANY ANNE HEATH McDONALD
TO APPEAR *PRO HAC VICE*

Plaintiff, Debra Austrian respectfully requests, pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, that this Court permit Britney Anne Heath McDonald, Esquire, 5300 Memorial Drive, Suite 725, Houston, Texas 77007, to appear and practice in this Court in the above-entitled action as co-counsel for Debra Austrian. Debra Austrian submits the following Memorandum of Law in support of this Motion.

Brittany Anne Heath McDonald is a member in good standing of the bars of the following courts:

(a) The Supreme Court of Texas
(b) The Southern District Court of Texas

Brittany Anne Heath McDonald is a member of the Bar in good standing in every jurisdiction where she has been admitted, and there are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

3. The appearance and active participation of Brittany Anne Heath McDonald is necessary for the thoroughand effective presentation of Debra Austrian's defense in this matter.

4. Pursuant to Local Rule 2.02. Brittany Anne Heath McDonald designates Keith J. Ganobsik, Esquire a member of this Court, who maintain an office in the State of Florida for the practice of law with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

5. The undersigned has conferred with Defendant’s counsel Iwana Rademaekers and represents to the Court that Defendant has no objection to the granting of this Motion.

MEMORANDUM OF LAW

Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida provides for the Special Admission of non-resident attorneys to practice before this Court.

The Motion for Special Admission to practice by Brittany Anne Heath McDonald complies with the requirements of Local Rule 2.02.

WHEREFORE, Plaintiff, Debra Austrian respectfully request that the Court grant this Motion to Appear *Pro Hac Vice* on behalf of Brittany Anne Heath McDonald.

Respectfully Submitted.

Keith J. Ganobsik
Florida Bar Number 0143420
4734 68th Terrace N
Pinellas Park, Florida 33781
Telephone: 727 698-6066
kjfg1@hotmail.com
Local Counsel for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court, Middle District of Florida using the CM/ECF system which sends a notice of electronic filing to: Iwana Rademaekers, Esquire, 17304 Preston Road, Suite 800, Dallas Texas 75252.

<u>/s/ Keith J. Ganobsik</u>
Of Counsel