UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA AUSTRIAN,

Plaintiff,

v. CASE No. 8:21-cv-156-KKM-TGW

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

Defendant.

---

## ORDER

THIS CAUSE came on for consideration upon the plaintiff's Unopposed Motion for Brittany Anne Heath McDonald to Appear Pro Hac Vice (Doc. 19). Because the motion fails to comply with Rules 1.08 and 2.01 of the Local Rules of the Middle District of Florida, the motion will be denied.

Local Rule 1.08(a) sets forth the typography requirements for each pleading, motion, or other paper filed with the court. Specifically, the main text of any motion filed with the court must be double-spaced and in at least 13-point type. The plaintiff's single-spaced motion fails to comply with this requirement.

Further, Local Rule 2.01(c)(4) provides that a non-resident attorney may apply for special admission if the lawyer "lists each case in state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months." The plaintiff's motion fails to indicate whether the applicant has appeared in any Florida court in the past thirty-six months.

It is, therefore, upon consideration,

ORDERED:

That the plaintiff's Unopposed Motion for Brittany Anne Heath McDonald to Appear Pro Hac Vice (Doc. 19) be, and the same is hereby, **DENIED without prejudice**.

It is so ORDERED.

DONE and ORDERED at Tampa, Florida, this 29th day of April, 2021.

Thomas G. Wilson

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE