**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| DEBRA AUSTRIAN | § | |
| | § | |
| Plaintiff, | § | C.A. No. 8:21-cv-00156-KKM-TGW |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF MEDIATOR SELECTION AND SCHEDULING OF MEDIATION

Pursuant to the ERISA Case Management and Scheduling Order entered by the Court on August 11, 2021 (Doc. 25), Plaintiff Debra Austin and Defendant Liberty Life Assurance Company of Boston submit this Joint Notice of Mediator Selection and Scheduling of Mediation.

a) The Parties hereby designate by agreement to have the following individual serve as mediator in the above-styled action:

Jeffrey S. Abrams
Attorney-Mediator
8570 Stirling Road
Suite 102408
Hollywood, Florida 33024
PH: (713) 817-0001
Email: mediator7@aol.com

b) Mediation is currently set to take place at 1:30 pm (central time) on September 29, 2021, via Zoom.

Dated this 25th day of August 2021.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**AND**

By: /s/ Britney Anne Heath McDonald
Britney Anne Heath McDonald
State Bar of Texas No. 24083158
(Admitted *Pro Hac Vice*)
MARC WHITEHEAD & ASSOCIATES
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (713) 225-0940
Email: britney@marcwhitehead.com

- and -

By: /s/ Keith J Ganobsik
Keith J Ganobsik
Florida Bar #:0143420
KJG LAW
4734 68th Terrace N
Pinellas Park, FL 33781
Telephone Number: (727) 698-6066
Email address: kjfg1hotmail.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Middle District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Britney Anne Heath McDonald, Esq.
Email: britney@marcwhitehead.com

Keith J. Ganobsik, Esq.
Email: kjfg1@hotmail.com

August 25, 2021 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers