**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| DEBRA AUSTRIAN | § | |
| | § | |
| Plaintiff, | § | C.A. No. 8:21-cv-00156-KKM-TGW |
| | § | |
| VS. | § | |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION REGARDING DEADLINE TO FILE ADMINISTRATIVE RECORD

COMES NOW Plaintiff, Debra Austrian ("Austrian") and Defendant, Liberty Life Assurance Company of Boston ("Liberty Life") (collectively, the "Parties"), and file this Joint Motion Regarding Deadline to Respond to Plaintiff's Complaint.

1. The Court has entered an ERISA Case Management and Scheduling Order (Doc 25) in this case, which requires Liberty Life to file the administrative record by September 17, 2021.

2. The Parties have scheduled a mediation of this matter on September 29, 2021 (Doc 26). If the mediation is successful, the administrative record will not need to be prepared for filing. Accordingly, an extension of the deadline for

filing the record until after the mediation would permit the Parties to save incurring those costs prior to the mediation.

3. The Parties request that the Court extend the deadline for filing the administrative record until October 1, 2021, which is a full month before the dispositive motion deadline of November 1, 2021, that has been set by the Court.

4. This Joint Motion is not filed for purpose of delay, but only so that justice may be done. No previous extensions of this deadline have been requested or granted.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g) the Parties have conferred regarding the contents of this motion and all parties agree to the request herein.

WHEREFORE, the Parties request that the Court enter an order that Liberty Life shall have until and including October 1, 2021, to file the administrative record with the Court.

Dated this 15th day of September, 2021.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW L.L.P.

By: /s/ *Britney McDonald*
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (855) 842-2860
Email: britney@marcwhitehead.com

*and*

Keith J Ganobsik
Florida Bar #:0143420
KJG LAW
4734 68th Terrace N
Pinellas Park, FL 33781
Telephone Number: (727) 698-6066
Email address: kjfg1hotmail.com

ATTORNEY IN CHARGE FOR PLAINTIFF

**AND**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
State Bar of Texas No. 16452560
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY IN CHARGE FOR DEFENDANT, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was forwarded via electronic mail, as follows:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

September 15, 2021
Date

/s/ Britney McDonald
Britney Anne Heath McDonald