UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBRA AUSTRIAN,

Plaintiff,

v. Case No. 8:21-cv-0156-KKM-TGW

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,

Defendant.
_______________________________________/

## ORDER

The Court has been advised by a Notice of Settlement (Doc. 33) that the parties have reached a settlement in this action. Accordingly, consistent with Local Rule 3.09(b), the Court orders that this case is **dismissed without prejudice**, subject to the right of the parties, within **30 days** of this order, to submit a stipulated form of final order or judgment should they so choose or for a party to move to reopen the action, upon good cause shown. After that 30-day period, dismissal shall be **with prejudice**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Tampa, Florida, on October 1, 2021.

Kathryn Kimball Mizelle
United States District Judge